```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | No. 09-46547 RE |
| **RALPH JAMES HOLMES, JR. and STEPHANIE RENEE HOLMES,** | Chapter 13 |
| Debtors. | EX PARTE APPLICATION FOR LIEN STRIP FEE; TRUSTEE'S CONSENT |

The undersigned hereby applies for an order as follows:

1. I am counsel for the above-captioned Debtors.
2. On May 19, 2011, the court entered the order valuing the lien of Wells Fargo Bank, NA as successor in interest to NL, Inc.
3. Debtors' counsel prays for an order allowing the additional flat fee of $1,500.00, to be paid through Debtors' Chapter 13 plan.

Dated: May 31, 2011                    /s/ Patrick L. Forte
                                       PATRICK L. FORTE
                                       Attorney for Debtors

**Trustee's Consent**

I consent to the above application.

Dated: June 22, 2011                   /s/ Martha G. Bronitsky
                                       MARTHA G. BRONITSKY
                                       Chapter 13 Trustee

Page 1 of 1